In the Matter of the Claim of PAUL ALLEN, Respondent, against AUSTIN TODD, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim dismissed, with costs against the State Industrial Board, on the ground that the claimant was not engaged in a hazardous employment as defined by the Work-

---

* Affd., 262 N. Y. 659.      † Affd., 263 N. Y. 580.

men's Compensation Law. Rhodes, Crapser and Bliss, JJ., concur; Hill, P. J., and Heffernan, J., dissent and vote to affirm.

In the Matter of the Claim of MICKEY DARROW, Respondent, against FANCHON & MARCO, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.